FILED, ENTERED AND NOTED IN
CIVIL JUDGMENT BOOK
June 2, 2006
PATRICK E. DUFFY, CLERK

By_____

# United States District Court

FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **ABDUL AMEER YOUSEF HABEEB**<br><br>**Plaintiff,**<br><br>vs.<br><br>**THOMAS CASTLOO, DARRYL ESSING, TOM HARDY, ROBERT L. FINLEY, and THEODORE V. DENNING, in their individual capacities,**<br><br>**Defendants.** | **JUDGMENT**<br><br>**CASE NUMBER: CV-05-024-GF-CS0** |

**IT IS ORDERED AND ADJUDGED** that the Defendants' motion for summary judgment on qualified immunity grounds as to all clams is GRANTED.

DATED this 5th Day of May 2006.

PATRICK E. DUFFY, CLERK
UNITED STATES DISTRICT COURT

_____/s/Renate weldele_____
By Renate Weldele, Deputy Clerk