

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| ABDUL AMEER YOUSEF HABEEB, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS CASTLOO, DARRYL ESSING, TOM HARDY, ROBERT L. FINLEY, and THEODORE V. DENNING, in their individual capacities, <br><br> Defendants. | CV 05-24-GF-SEH <br><br><br> <u>ORDER</u> |

The Court, being fully apprised of the Joint Motion to Vacate Judgment, hereby vacates its judgment in this case, entered June 2, 2006. The Court's decision,

1

published as *Habeeb v. Castloo*, 434 F. Supp. 2d 899, 904 (D. Mont. 2007), is withdrawn.

DATED this 16th day of July, 2007.

SAM E. HADDON
United States District Court Judge

2